UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **SHANNON DONNELLY SCHWEITZER** | **05-14143** |
| | **SECTION A** |
| DEBTOR | |
| | CHAPTER 11 |

## REASONS FOR ORDER

This matter came before the Court on Whitney National Bank's ("Whitney") motion to reconsider the Court's Order dated April 10, 2007, disallowing the proof of claim of Whitney National Bank At the conclusion of the hearing, the Court took the matter under advisement.

Upon consideration of the arguments of counsel, the pleadings filed, and the applicable law, the Court finds that reconsideration is not warranted. This reason is based on the oral reasons given in open court on April 3, 2007, at the hearing on Shannon Donnelly Schweitzer's ("Debtor") Objection to Claim of Whitney National Bank and Motion for Disallowance Pursuant to 11 U.S.C. § 502(b)(1).  They include the Court's finding that Whitney is now seeking to assert the claims of Debtor's parents against Debtor, a completely different cause of action than that asserted by Whitney on its own claim against Debtor.  Whitney's proof of claim as originally filed did not put Debtor on notice that Whitney was asserting an oblique action.  As such, Whitney's oral motion to amend its proof of claim is denied.  The Court also found that Whitney, a sophisticated creditor with competent legal counsel, participated in the bankruptcy case and had notice of all relevant deadlines, yet Whitney chose not to timely file a proof of claim on behalf

2

of Debtor's parents.  Accordingly, Whitney's motion to reconsider is denied.  The Court will enter an Order in accordance with these reasons.

New Orleans, Louisiana, July 18, 2007.

Hon. Elizabeth W. Magner<br>
U.S. Bankruptcy Judge